IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MID VALLEY PIPELINE COMPANY, LLC**                                                    **PLAINTIFF**

**V.**                                    **NO. 4:21-CV-130-DMB-JMV**

**BOARD OF MISSISSIPPI LEVEE COMMISSIONERS, et al.**                                            **DEFENDANTS**

## ORDER DISMISSING CASE

On December 10, 2021, the parties filed a "Joint Motion to Dismiss," in which they "request that this Honorable Court dismiss all claims and counterclaims in this case without prejudice" pursuant to Federal Rule of Civil Procedure 41. Doc. #9.

Federal Rule of Civil Procedure 41 provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Upon consideration,[1] the motion to dismiss [9] is **GRANTED**. Accordingly, this case, including all claims and counterclaims, is **DISMISSED without prejudice**.

**SO ORDERED**, this 22nd day of December, 2021.

                                                                   **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] By e-mail to the Court, the parties represent that they "realized the factual background of the issues were significantly different than what was understood pre filing" such that dismissal without prejudice to allow refiling with accurate allegations is proper.