**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MID VALLEY PIPELINE**                                                    **PLAINTIFF**
**COMPANY, LLC**

**V.**                                                          **NO. 4:21-CV-130-DMB-JMV**

**BOARD OF MISSISSIPPI LEVEE**
**COMMISSIONERS, et al.**                                              **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the order entered this day, this case is dismissed without prejudice.

**SO ORDERED**, this 22nd day of December, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**